IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID CLIFFORD PEDDER, JR., TDCJ #01787993, § § § Plaintiff, § § v. § § MARLEN MARQUEZ, et al., § § Defendants. § | CIVIL ACTION NO. H-21-0494 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 28th day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE